AO 240 (Rev. 10/03)

Leave to file without
Prepayment of Cost GRANTED

# UNITED STATES DISTRICT COURT

District of COLUMBIA

Date: 9/14/07

Marks
Plaintiff

V.

John Torres
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: -07 1660

I, Antolin A. Marks, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Northwest Detention

   Are you employed at the institution? No   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   1999   75,000

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☑ No

   RECEIVED
   AUG 31 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

See attached

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

_____8-21-07_____   _____
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __MARKS__ v. __TORRES__

Civil Action No. _____

I, __Anthony A. Marks__, Reg. No. __34316??__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, of any costs imposed by the District Court.

_____
Signature of Plaintiff

__9-21-07__
Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISONER TRUST ACCOUNT REPORT

Name: _Antlin A. Marki_ Registration #: _3431660_

Please submit this to the trust officer of every institution in which you have been confined during the preceding six months. Submit the completed forms and supporting ledger sheets to the Court.

*****************************************************************

To:    Trust Officer
From:  Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

BALANCE at time of filing of the action:    $0.00

AVERAGE MONTHLY DEPOSITS during the
six months prior to filing of the action:    $23.67

AVERAGE MONTHLY BALANCE during the
six months prior to filing of the action:    $0.37

I certify that the above information accurately states the deposits and balances in applicant's trust fund account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Date: _8-23-07_

Authorized Signature: _D Bukke_

Title: _Detainee Accounting Clerk_