IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOLIN ANDREW MARKS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1660 (EGS) |
| ) | |
| **JOHN P. TORRES**, Director of ICE ) | |
| ) | |
| **JACK BENNETT**, AFOD ) | |
| ) | |
| **NEIL CLARK**, Field Office Director ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JOHN C. TRUONG, D.C. Bar #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4206
Washington, D.C.  20530
(202) 307-0406

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class mail, postage prepaid to:

ANTOLIN ANDREW MARKS
1623 E.J. Street
Suite # 5
Tacoma, WA 98421

on this _____ day of October, 2007.

                                                _____/s/_____
                                                JOHN C. TRUONG
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Room E4206
                                                Washington, D.C.  20530
                                                (202) 307-0406