Crenshaw Community Service Center-AAM

Antolin Andrew Marks
A 34 316 600
1623 East J Street Suite 5
Tacoma Washington 98421

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antolin Andrew Marks, Plaintiff ) Case No.: 07- 07-1660-ECS
) **NOTICE TO THE COURT**
)
    and )
)
John P. Torres, Etal, Defendants )

It has been forty-nine days that the Plaintiff's legal papers has been illegally taken by the Defendants in this case. They hold those papers and have refused to give the Plaintiff access to those papers. Now the Plaintiff has learned that they have been holding onto the mail that is mailed to the Courts. These are actions that are egregious and which prevent timely litigation of the issues in this court. The Plaintiff sets forth this Notice to The Court so the Court will be aware of the circumstances the Plaintiff is currently held under. In particular, the fact that the Plaitniff provided the Defendants documents as follows to mail to the Court over seven days ago and they still hold those documents. This is extremely prejudicial to the Plaintiff and there is no reason for the actions of the Defendants but to stymie the Plaintiff in his quest for justice.

The Plaintiff has sought that the Court grant an order for access to his property but that order has not yet been forthcoming. It is expected that when access is gained to the property, the Plaintiff

NOTICE TO THE COURT - 1

Crenshaw Community Service Center-AAM will be able to prosecute this matter as is required by the Federal Rules of Civil Procedure. Presently, though, the Plaintiff is without the tools that the law says he must have in that the Defendants have total control over all his legal papers and will not give access and they are preventing mailed documents from reaching the Courts. Here is a partial list of items that is currently stranded between the Defendants' fingers and the Court (s):

- 1 Box of Documents seeking certiorari to the Supreme Court of the United States. Mailed eight days ago.
- 44 White envelopes to the individual Judges of the Ninth Circuit seeking En Banc Review of the Immigration Case 34 316 600. Mailed eight days ago.
- 1 Large Manila Envelope containing a General Motion for En banc Review to the Ninth Circuit Clerk in Woodland Hills.
- 1 Large envelope to Associate justice Anthony Kennedy mailed eight days ago.
- 1 Medium sized envelope to the Trinidad Embassy in Miami.
- 1 Medium sized envelope to the Trinidad Embassy in New York.
- 1 medium sized envelope to the Trinidad Embassy in Washington D.C.
- 1 Medium sized envelope to the Trinidad Embassy in Miami.
- 1 Medium sized envelope to the Trinidad Embassy in New York.
- 2 envelopes to Kristen Johnson, AUSA.
- 2 Medium sized envelopes to Joan k. Mell.
- 1 White Envelope to County Registrar in Los Angeles.

Crenshaw Community Service Center-AAM

- 3 Medium envelopes to the United States District Court in Washington State.
- 1 very large envelope to the United States District Court in Washington State.
- 1 envelope to the Attorney General of California.

<u>IT CAN ONLY BE BELIEVED THAT THE DEFENDANTS ARE OPENING THOSE LETTERS AND READING THE CONTENTS AS IS THEIR PRACTICE.</u>

<u>The actions of the Defendants have a significant impact upon the ability of the Plaintiff to prosecute the matters that are pending in these courts.</u> Thus, the Plaintiff does given notice to the Court and hopes that this notice reaches the Court and the Court will know that the Defendants have taken these actions against the Plaintiff.

Submitted under the penalty of perjury of the laws of the Untied States.

Dated: 10-15-07

Antolin Andrew Marks

NOTICE TO THE COURT - 3

Crenshaw Community Service Center-AAM

PROOF OF SERVICE

&

DECLARATION

I, Antolin Andrew Marks, AVER THAT I AM A PARTY TO THIS ACTION DO HEREBY AVER THAT I HAVE PROVIDED A COPY OF THE FOREGOING DOCUMENT:

NOTICE TO THE COURT

Joan K. Mell
Quinlan, Miller § Auter
1019 Regents Suite 204
Fircrest, Washington 98466

Kristen Johnson
AUSA
700 Stewart Street, Suite 5220
Seattle, Washington 98421

THE ITEMS WERE MAILED FIRST CLASS MAIL ON THE DATE BELOW.

SUBMITTED ON 10-15-07

Antolin Andrew Marks

NOTICE TO THE COURT - 4