**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
John P. Torres, Director, ICE
U. S. Department of Homeland Security
Washington, D.C. 20528

Civil Action, File Number __CA-07-1660 EGS__

__Antolin A. Marks__
V.
__John P. Torres, Director, ECE, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [or] other entity, you must indicate under your signature your relationship to that entity. If [a]uthorized to receive process, you must indicate under your signature your authority.

[Copy] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [are served]) incurred in serving a summons and complaint in any other manner permitted by law.

[If] this form, you (or the party on whose behalf you are being served) must answer the [complaint within ___ days from the date these documents] were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [sent on behalf of the plaintiff on this date.]

_Bettie F. Bryant_
Signature (USMS Official)

[ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[I received] a copy of the summons and of the complaint in the above captioned manner at

__425 I Street N.W. Room 6100__
Street Number and Street Name or P.O. Box No.

__Washington, D.C. 20536__
City, State and Zip Code

_[Signature]_
Signature

__Director, ICE__
Relationship to Entity/Authority to Receive

Service of Process

__17 Oct 2007__
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court

---

**Return Receipt Card (attached):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
John P. Torres, Director, ICE
US Department of Homeland Security
Washington, DC 20528

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
B. Received by (Printed Name): U.S. ICE
C. Date of Delivery: 10-12-07
☐ Agent ☑ Addressee
D. Is delivery address different from item 1? ☑ Yes ☐ No
If YES, enter delivery address below:
425 I St. NW Rm 7100
Washington, DC 20536

3. Service Type
☑ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 7140 4019

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540