## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTOLIN ANDREW MARKS,** | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 07-1660 (EGS) |
| v. | ) ) ) | |
| **JOHN P. TORRES,** **DIRECTOR OF ICE, et al.,** | ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States John C. Truong, as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN G. INTERRANTE
　　　　　　　　　　　　　　　　　PA Bar # 61373
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 4th Street, N.W., Rm E-4806
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

ANTOLIN ANDREW MARKS
A 34 316 600
1623 East J Street, Suite 5
Tacoma, Washington 98421

on this _____ day of December, 2007.

                                             \_\_\_\_/s/_____
                                             JOHN G. INTERRANTE
                                             Assistant United States Attorney