UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ANTOLIN ANDREW MARKS, </br> 1623 E. J Street, Suite 5, </br> Tacoma, Washington 98421 </br> </br> Plaintiff, </br> </br> v. </br> </br> JOHN P. TORRES, </br> DIRECTOR OF ICE, et al., </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No.: 07-1660 (EGS) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of 30 days to, and including, January 10, 2008, in which to file an answer or otherwise respond to the complaint in this case, which seeks injunctive relief against Defendants for, inter alia, an alleged refusal to send a mass mailing of 285 letters to Members of Congress. Defendants' response to the complaint is due today. This is the first request for an enlargement of time to respond to the complaint. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

Defendants request an enlargement of time for several reasons. First, Defendants require additional time to determine whether to move to transfer this case to the United States District Court for the Western District of Washington at Tacoma ("Western District of Washington"). A review of the electronic court docket revealed that, on June 4, 2007, Plaintiff, Antolin Andrew Marks, 1623 E. J Street, Suite 5, Tacoma, Washington 98421, filed the complaint in the case captioned as Antolin

Andrew Marks v. Gary Garman, Michael Melendez, Neil Clark, United States of America (United States Immigration and Customs Enforcement), Civil Action No. 07-5282 (W.D.Wash.), seeking damages under 42 U.S.C. § 1983 (see Attachment A, page 1 of complaint). Plaintiff explained in note 1 of the complaint in the instant case, filed on September 20, 2007, "A sister suit was sent for filing days before this one. That suit targets Melendez and Clark and the United States and seeks damages under the FTCA. This suit is maintained primarily against the defendants for an injunction rather than damages." Plaintiff was clearly referring to the suit filed in the Western District of Washington because no such suit was filed in this jurisdiction.

Additionally, on July 23, 2007, Plaintiff Antolin Andrew Marks, 1623 E. J Street, Suite 5, Tacoma, Washington 98421, filed the complaint in the case captioned as Antolin Andrew Marks v. Jack Bennett, AFOD, and Neil Clark, Field Office Director, Civil Action No. 07-5372 (W.D.Wash.). The complaint in the instant case is virtually identical to the complaint previously filed in Case No. 07-5372 (see Attachment B, page 1 of complaint). Furthermore, by Order dated August 31, 2007, Magistrate Judge J. Kelley Arnold of the Western District of Washington entered an order in Case Nos. 07-5282, 07-5372, and eight other cases filed by Plaintiff Antolin Andrew Marks that had been referred to the same Magistrate (see Attachment C). Magistrate Judge Arnold placed under seal all pleadings and materials filed by Plaintiff in the ten referred cases, and admonished Plaintiff "to conform his conduct to the rules of civil litigation" or face sanctions (id.).

Finally, Defendants require an enlargement of time because this case was reassigned to the undersigned Assistant United States Attorney when he transferred to the Civil Division on November 5, 2007. Undersigned counsel has been assigned a number of other cases with pending matters, and will need additional time to review the case files, and to confer and consult with agency

counsel, prior to responding to the complaint.

WHEREFORE, the defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W., Room E-4806
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

ANTOLIN ANDREW MARKS
A 34 316 600
1623 East J Street, Suite 5
Tacoma, Washington 98421


on this _____ day of December, 2007.

              \_\_\_\_/s/_____
              JOHN G. INTERRANTE
              Assistant United States Attorney

**ATTACHMENT A**

Antolin Andrew Marks
1623 E. J. Street, Suite 5
Tacoma, Washington 98421



FILED RECEIVED LODGED
JUN 04 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Antolin Andrew-Marks, <br><br> Plaintiff, <br><br> vs <br><br> GARY GARMAN, <br> MICHAEL MELENDEZ, <br> NEIL CLARK, <br> UNITED STATUS OF AMERICA <br> (UNITED STATES IMMIGRATION AND <br> CUSTOMS ENFORCEMENT <br> UNITED STATES CITIZEN AND IMMIGRATION <br> SERVICES.) Real Parties in Interest. <br><br> Defendants | Case No.: C07-5282 FDB/KLS <br> COMPLAINT FOR DAMAGES UNDER BIVENS, & FOR INJUNCTION FOR: <br><br> DENIAL OF RIGHTS TO INFORMATION UNDER THE PRIVACY ACT; DELIBERATE DENIAL OF DUE PROCESS & MENTAL TORTURE FOR 750,000.00 <br><br> JURY TRIAL DEMAND |

## JURISDICTION

The Jurisdiction of the Court is invoked under 28 USC 1331, Federal Question & under 5 USC 552a (g) (1) (D); 5 USC 552a (g) (2) (A), and 5 USC 552a (g) (2) B) and 5 USC 552a (g) (3) (A) and under 28 USC 2679.

## PARTIES

1. Plaintiff is Antolin Andrew Marks, a person who was born Vincent Daniel Hopper and who changed his name in 2006 to Antolin Andrew Marks.

2. Gary Garman is a person who is employed by ICE and is sued in his personal capacity and his professional capacity.

07-CV-05282-CMP

**ATTACHMENT B**

07-CV-05372-CMP

1623 E. J. Street, Suite 5
Tacoma, Washington 98421



UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

Antolin Andrew Marks,

Plaintiff,

vs

Jack Bennett, AFOD

Neil Clark, Field Office Director

Defendant

Case No.: 07-5372-RBL/JKA
SUIT FOR AN INJUNCTION
FOR: DENIAL OF DUE PROCESS
GUARANTEED BY THE FIFTH
AMENDMENT AND UNDER THE PRIVACY
ACT AND THE FOIA

## FACTS

1. The Plaintiff is currently held by Immigration and Custom Enforcement Agency. He is held at the Northwest Detention Center headed by ICE. Plaintiff brings this Complaint to the Court because his rights have been violated, deliberately violated by Michael Melendez of ICE and the Plaintiff seeks an injunction against the actions that injure the Plaintiff.

2. Plaintiff claims that all defendants here are federal employees and acted within the framework of their respective positions.

**VIOLATION OF THE RIGHT TO PETITION**

Plaintiff claims that he is an American and has a greater right to Petition.

3. Although Plaintiff is not a prisoner, even prisoners have a First Amendment right to be free from certain interference

COMPLAINT FOR INJUNCTION - 1

**ATTACHMENT C**

Case 1:07-cv-01660-EGS    Document 12-4    Filed 12/10/2007    Page 1 of 5

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER AKA ANTOLIN ANDREW MARKS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE MYERS, *et al.*, <br><br> Defendants. | Case No. C05-5680RBL |
| ANTOLIN ANDREW MARKS, <br><br> Plaintiff, <br><br> v <br><br> JOHN DOE ALBIN, *et al.*, <br><br> Defendants, | Case No. C06-5675RBL |
| ANTOLIN ANDREW MARKS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendant, | Case No. C07-5696RBL |

ORDER - 1

| | | |
|---|---|---|
| 1 | ANTOLIN ANDREW MARKS, | |
| 2 | Plaintiff, | |
| 3 | v. | Case No. C07-5007RBL |
| 4 | | |
| 5 | CHARLES Mc BURNEY *et al.*, | |
| 6 | Defendants | |
| 7 | ANTOLIN ANDREW MARKS, | |
| 8 | Plaintiff. | |
| 9 | v. | Case No. C07-5259RJB |
| 10 | DEENA GEPHARDT, *et al.*, | |
| 11 | Defendants, | |
| 12 | | |
| 13 | ANTOLIN ANDREW MARKS, | |
| 14 | Plaintiff, | |
| 15 | v. | Case No. C07-5282FDB |
| 16 | GARY GARMAN *et al.*, | |
| 17 | Defendants, | |
| 18 | ANTOLIN ANDREW MARKS, | |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | UNITED STATES OF AMERICA, | Case No. C07-5371RBL |
| 22 | Defendant. | |

ORDER - 2

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK BENNETT *et al.*,<br><br>    Defendants. | Case No. C07-5372RBL |
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>    Defendants, | Case No. C07-5383RBL |
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA *et al.*, | Case No. C07-5395RBL |

ORDER TRANSFERRING THESE CASE NUMBERS TO MAGISTRATE JUDGE ARNOLD AND SEALING ALL FILINGS FROM PLAINTIFF UNTIL THE DOCUMENT IS UNSEALED BY THE COURT

These actions, brought pursuant to 42 U.S.C. 1983. They have been referred to Magistrate Judges pursuant to Title 28 U.S.C. § 636(b)(1)(B). In August of 2007, plaintiff began filing documents which contain thinly veiled threats and disclosed security issues at the Northwest Detention Center. To prevent improper disclosure of information and to insure there is no repeat of

ORDER - 3

Mr. Marks conduct, with the authority of Chief Judge Robert S. Lasnik, the court now ORDERS:

1. All of Mr. Marks cases will be referred or transferred to Magistrate judge Arnold for all matters referred to a Magistrate Judge.

2. All future filings in any federal action filed by Mr. Marks will be referred to the Tacoma Clerks Office Prisoner Correspondence Clerk.

3. The Clerk is directed to file all pleadings and materials submitted by Mr. Marks in pending or future cases, under seal until such time as they have been reviewed by the court to insure they do not contain improper statements or information that threatens any person or facility.

3. Mr. Marks is ordered to conform his conduct to the rules of civil litigation and he is warned that any further misconduct on his part will result in sanctions. Sanctions may include monetary penalties, the dismissal of actions, and ultimately an order barring Mr. Marks from filing future actions.

Dated this 31st day of August, 2007.

/S/ J. Kelley Arnold
United States Magistrate Judge
J. Kelley Arnold

ORDER - 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTOLIN ANDREW MARKS, <br> 1623 E. J Street, Suite 5, <br> Tacoma, Washington 98421 | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No.: 07-1660 (EGS) |
| v. | ) <br> ) | |
| JOHN P. TORRES, <br> DIRECTOR OF ICE, et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by January 10, 2008.

It is **SO ORDERED** this _____ day of December, 2007.

Emmet G. Sullivan
United States District Judge