UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOLIN ANDREW MARKS, <br> 1623 E. J. Street, Suite 5 <br> Tacoma, Washington, <br><br> Plaintiff, <br><br> v. <br><br> JOHN P. TORRES, Director of ICE; <br> JACK BENNETT, AFOD; NEIL <br> CLARK, Field Office Director, <br><br> Defendants. | Civil Action No.: 07-1660 (EGS) |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of 30 days to, and including, February 9, 2008, in which to file an answer or otherwise respond to the complaint in this case, which seeks injunctive relief against Defendants based, in part, on their alleged refusal to send, as a single mailing, Plaintiff's "follow-up letters" addressed to 285 Members of Congress in Washington, D.C., questioning why the Members had not responded to Plaintiff's initial mass mailing sent at Defendants' expense. See Compl., ¶§ 14, 16. Defendants' response to the complaint is due today. This is the second request for an enlargement of time to respond to the complaint. Because Plaintiff is incarcerated as an alien pending the outcome of deportation proceedings in the Northwest Detention Center in Tacoma, Washington, and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

Defendants request an enlargement of time to complete its review of Plaintiff's extensive

litigation in the United States District Court for the Western District of Washington, where we have determined that he has filed at least two cases which duplicate some or all of the claims in this case, and to prepare what will likely be a motion to dismiss this complaint as frivolous or malicious or, in the alternative, to transfer the case to the Western District of Washington. Undersigned counsel also requires additional time due to the press of cases with deadlines during the past few weeks.

WHEREFORE, Defendants respectfully request an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E-4806
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

ANTOLIN ANDREW MARKS
A 34 316 600
1623 East J Street, Suite 5
Tacoma, Washington 98421

on this 10th day of January, 2008.

_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANTOLIN ANDREW MARKS, <br> 1623 E. J. Street, Suite 5 <br> Tacoma, Washington, <br><br> Plaintiff, <br><br> v. <br><br> JOHN P. TORRES, Director of ICE; <br> JACK BENNETT, AFOD; NEIL <br> CLARK, Field Office Director, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.: 07-1660 (EGS) |

**ORDER**

Upon Consideration of the Defendants' Second Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by February 9, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

                                                                            _____
                                                                            Emmet G. Sullivan
                                                                            United States District Judge