U. S. District Court
District Columbia

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marks
v
Torres

07-1660 EGS

Change of Address

Antolin Andrew Marks
aka  Wayne Reilly Rudder
Federal Detention Center
22889-048  FC 2/L
PO Box 13900
Seattle, Wash 98198

effective n/w 4-18-08

Proof of Service

I, Anthin Andrew Merkos, did provide a copy to:

Jeremy A Taylor
Rudolph Contreras
John Interante
555 4th Street N.W
Washington DC. 20530

On 4-18-08