UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOLIN ANDREW MARKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN P. TORRES, )<br>DIRECTOR OF ICE, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-1660 (EGS)<br>ECF |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

                      ___/s/_____
                      MEGAN M. WEIS
                      Special Assistant United States Attorney
                      Civil Division
                      555 4th St., NW
                      Washington, D.C. 20530
                      (202) 514-5134
                      (202) 514-8780 (fax)
                      Megan.weis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

ANTOLIN ANDREW MARKS pro se
R22889-048
FEDERAL DETENTION CENTER
P.O. Box 13900
Seattle, WA 98198

on this 12th day of May, 2008.

_____/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov